IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02191-PAB-CBS

COREY BURGESS,
    Plaintiff,
v.

CHARLES A. DANIELS,
PAUL A. KASTNER, and
PAUL M. LAIRD,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Defendants "Motion for Leave to File Motion for Summary Judgment Concerning Lack of Exhaustion of Administrative Remedies . . . ." Pursuant to the Order Referring Case dated October 23, 2013 (Doc. # 20) and the memorandum dated December 20, 2013 (Doc. # 31), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the proceedings held on January 23, 2014 (*see* Courtroom Minutes/Minute Order (Doc. # 38)) and being sufficiently advised in the premises,

IT IS ORDERED that:

1. Defendants "Motion for Leave to File Motion for Summary Judgment Concerning Lack of Exhaustion of Administrative Remedies . . . " (filed December 20, 2013) (Doc. # 30) is GRANTED.

2. "Defendants' Motion for Summary Judgment" and the associated exhibits (Docs. # 30-2, # 30-3) are accepted for filing *nunc pro tunc* December 20, 2013.

3.   The Motion is now fully briefed, with the filing of Mr. Burgess's 31-page Response (Doc. # 35) and Defendants' Reply (Doc. # 37).

DATED at Denver, Colorado, this 27th day of January, 2014.

BY THE COURT:

　　　s/Craig B. Shaffer　　　
United States Magistrate Judge