IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action:  13-cv-02191-PAB-CBS           FTR - Reporter Deck - Courtroom A402
Date:          February 20, 2014              Courtroom Deputy:   Courtni Covington

*Parties:*                                    *Counsel:*

COREY BURGESS,                                *pro se (appearing by telephone)*

    Plaintiff,

v.

CHARLES A. DANIELS, *et al.*,                 J. Benedict Garcia

    Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session:      9:20 a.m.**
Court calls case.  Appearance of counsel.

The court addresses the parties regarding the purpose of the Status Conference.  Discussion between the court and the parties regarding the pending motions in the case, Defendant's Motion for Summary Judgment, briefing on that Motion, and possible amendment of the Complaint.

The court notes if Plaintiff intends to file a motion for leave to attend, he must attach a copy of his proposed amended complaint.

For the reasons stated on the record, it is

**ORDERED:**           *Motion for Leave to File an Amended Complaint or Supplement Complaint* [Doc. No. 43, filed 2/3/2014] is **DENIED without prejudice**.

                    *Motion for Leave to Amend* [Doc. No. 44, filed 2/3/2014] is **DENIED without prejudice**.

Plaintiff is in agreement with the court that Doc. No. 42 and Doc. No. 43 are now moot.

**ORDERED:**   *Motion for Request of an Extension in Time to File a Response to Defendants Motion for Summary Judgment* [Doc. No. 42, filed 2/3/2014] is **DENIED as moot**.

*Motion for Objections to Magistrate Judges Findings and Recommendation or Order Granding Leave to File for Summary Judgment and Request for Continuance* [Doc. No. 50] is **DENIED as moot**.

Discussion held regarding Plaintiff's third claim for relief.

Plaintiff requests a copy of the Complaint be provided to him. The court advises Mr. Burgess a copy of his Complaint be will included with a copy of the Courtroom Minutes/Minute Order.

Discussion between the court and Plaintiff regarding the filing of a motion for preliminary injunction and/or temporary restraining order.

HEARING CONCLUDED.
**Court in recess**:   **9:56 a.m.**
Total time in court:   00:36

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.