**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02191-PAB-CBS

COREY BURGESS,

    Plaintiff,

v.

CHARLES DANIELS,
PAUL A. KASTNER and
PAUL M. LAIRD,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [Docket Nos. 68 and 70] of United States District Judge Philip A. Brimmer entered on September 22, 2014 and December 23, 2014, it is

**ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 40] is granted.  It is further

**ORDERED** that defendant Charles Daniels is dismissed from this case.  It is further

**ORDERED** that plaintiff's claims against defendants Kastner and Laird in their official capacities are dismissed without prejudice.  It is further

**ORDERED** that plaintiff's claims against defendants Laird and Kastner in their individual capacities are dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

It is further

**ORDERED** that judgment is hereby entered in favor of defendants Charles Daniels, Paul A. Kastner and Paul A. Laird and against plaintiff Corey Burgess. It is further

**ORDERED** that defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

**ORDERED** that this case is dismissed in its entirety.

Dated at Denver, Colorado this 29rd day of December, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Jennifer Hawkins

Jennifer Hawkins
Deputy Clerk